FILED

05/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 19-0038, DA 19-0039, DA 19-0040

MARVIN CURE,

    Defendant and Appellant,

v.

STATE OF MONTANA,

     Plaintiff and Appellee.

## ORDER

Upon consideration of Defendant And Appellant's Motion for Extension of Time, and with good cause shown, Defendant and Appellant Marvin Cure is hereby granted an extension of time until June 26, 2020 in which to prepare, file and serve Defendant and Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 27 2020